IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-02028-CMA-MJW

RICHARD BEZJAK,

    Plaintiff,

v.

ADAMS COUNTY SHERIFF'S DEPUTY JAI ROGERS,
individually and in his official capacity, and
ADAMS COUNTY SHERIFF'S OFFICE, individually and severally,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Joint Stipulated Motion for Dismissal With Prejudice (Doc. # 18). The Court having considered the stipulated motion for dismissal, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorneys' fees.

DATED: June __29__, 2010

                                                    BY THE COURT:

                                                  _____
                                                  CHRISTINE M. ARGUELLO
                                                  United States District Court Judge